Official Form 416D (12/15)

FILED BANKRUPTCY OK WD
FEB 11 2026 PM 11:51
KB

# Form 416D   Caption for Use in Adversary Proceeding

## United States Bankruptcy Court

_Western_ District Of _Oklahoma_

In re _Emily R Ruzycki_,
Debtor,

_IAN'S ENTERPRISE, LLC_,
Plaintiff

_Emily R Ruzycki_,
Defendant

Case No. _25-13369-SAH_

Chapter _7_

Adv. Proc. No. _26-01003-SAH_

[If in a Notice of Appeal and Statement of Election (see Form 417A) or other notice filed and served by the debtor, the caption must be altered to include the debtor's address and Employer's Tax Identification Numbers(s) or last four digits of Social Security Number(s) as in Form 416A]

Return of Service by Jack Beall  Private Process Server
PSS2024-34
3504 Mockingbird Lane
Midwest City OK 73110
405 6402545

_Jack Beall_ (signature)

Jackprivateeye@yahoo.com

IN RE:
Emily R Ruzycki,
Debtor

# PROOF OF SERVICE AFFIDAVIT

---

IAN's Enterprise LLC
Plaintiff
vs
Emily R Ruzycki
defendant

Case No. 25-13369-SAH
County United States Bankruptcy Court Western Dist of OK
Date Rec. 1/28/2026
Court Date _____
Client IAN

---

I, being duly sworn, certify that I received on **1/28**, 20**26** the following documents:

- ___ Summons w/Petition
- ___ Amended Petition/Complaint
- ___ Petition/3rd Party Defendant
- ___ Small Claims Affidavit
- ___ Forcible Entry & Detainer
- ___ Hearing on Assets
- ___ Citation for Contempt
- ___ Other
- ___ Injunction
- ___ Garnishment
- ___ Subpoena Duces Tecum
- ___ Deposition Subpoena
- ___ Witness Fees
- ___ Notice to Take Deposition
- ___ Notice of Hearing
- ___ Motion to Modify
- ___ Motion for Leave/Vacate/Enter
- ___ Motion/Summary Judgment
- ___ Motion/Deficiency Judgment
- ___ Request for Admissions
- ___ Request for Production
- ___ Order/Affidavit
- ___ Interrogations
- ___ Brief-Plaintiff's/Defendant's
- ___ Journal Entry
- ___ Cross/Counter Claim
- ___ Lis Pendens
- ___ Letter
- ___ Temporary Restraining Order

**Summons in an Adversary Proceeding**
**Complaint**

---

**METHOD OF SERVICE:** And served the same according to law in the following manner, to wit:

**PERSONAL SERVICE**
☐ by delivering a true copy of said process personally to _____ at _____ Date: _____ Time: 3¹
☐ by delivering a true copy of said process personally to _____ at _____ Date: _____ Time: _____

**USUAL PLACE OF RESIDENCE**
☒ by leaving a true copy of said process for **Emily R Ruzycki** with **her husband Michael Ruzycki**, a resident/family member, fifteen years of age or older, at **10300 W Choctaw rd ____ OK 73099** which is his/her usual place of residence. Date: **2/9/26** Time: **3:45 pm**

**CORPORATION/PARTNERSHIP, ETC.**
☐ by delivering a true copy of said process to _____ he/she/it, being the service agent, agent in charge, an officer or partner of said entity, to wit: _____ at _____ Date: _____ Time: _____

**POSTED SERVICE**
☐ by affixing a true copy of said process to the premises located at _____ which is in the possession of the defendant to wit: _____

**SERVICE BY MAIL**
☐ by mailing a true copy of said process to _____ by certified mail, restricted delivery, return receipt requested, at _____ Date: _____

**NOT FOUND**
☐ Said process WAS NOT SERVED on the following named for reasons stated: _____

**OTHER INFORMATION**
☐ _____

Subscribed and sworn to before me this ___ day of _____ 20 ___.

Notary Public _____ Commission Exp. _____
(SEAL)

Fee for service $ **See bill**
Mileage $ _____ Total $ **See bill**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[signed]* **Jack Beal** **2/9/2026**
Name of Server                           (date)
License No. **PSS- 2024-34**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

**FILED**
Jan. 26, 2026
Douglas E. Wedge, Clerk
U.S. Bankruptcy Court
Western District of Oklahoma

IN RE:

Emily R Ruzycki
   Debtor(s).

Case Number: 25-13369 - SAH
Chapter 7

Ian's Enterprise, LLC
   Plaintiff(s)

v.

Adv. Number: 26-01003 - SAH

Emily R Ruzycki
   Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

**Summons Issued on Emily R Ruzycki**

   YOU ARE SUMMONED and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

Address of Clerk:
   Clerk, U.S. Bankruptcy Court
   Western District of Oklahoma
   215 Dean A. McGee Avenue
   Oklahoma City, OK 73102

At the same time, you must also serve a copy of the motion or answer upon the attorney for the plaintiff.

Name and Address of Attorney for the Plaintiff:
Amanda R Blackwood
Blackwood Law Firm, PLLC
512 NW 12th Street
Oklahoma City, OK 73103

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Date Issued: January 26, 2026

FOR THE COURT
Douglas E. Wedge
Court Clerk

By: s/ Demetria Webster
Deputy Clerk

TF00325764 - 17315 - Ruzycki