**Dated: February 26, 2026**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EMILY R. RUZYCKI, | ) | Case No. 25-13369-SAH |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| IAN'S ENTERPRISE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. 26-01003-SAH |
| | ) | |
| EMILY R. RUZYCKI, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER DIRECTING ANSWER TO BE AMENDED TO COMPLY
### WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7012

Effective December 1, 2016, Federal Rule of Bankruptcy Procedure 7012 requires that a responsive pleading filed in an adversary proceeding include a statement that the party does or does not consent to entry of final orders or judgment by the bankruptcy court. The answer filed by defendant on February 25, 2026 [Doc. 4] does not meet this requirement. Defendant has

ten (10) business days from the date this order is entered to file an amended answer that states Defendant either does or does not consent to entry of final orders or judgment by the bankruptcy court in compliance with Rule 7012, or the answer will be stricken.

    IT IS SO ORDERED.

# # #