# Notice Recipients

District/Off: 1087–5        User: admin            Date Created: 2/26/2026
Case: 26–01003              Form ID: pdf006        Total: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ust         Lendy Heilaman
ust         Katherine Wieland
ust         trustee11
ust         Michele Adams
                                                                                    TOTAL: 4

**Recipients of Notice of Electronic Filing:**
aty         Amanda R Blackwood        amanda@blackwoodlawfirm.com
                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla         Ian's Enterprise, LLC       c/o Blackwood Law Firm       512 NW 12th Street        Oklahoma City, OK 73103
dft         Emily R Ruzycki       219 Boston Street       Jones, OK 73049
op          Jack Beall       3504 Mockingbird Lane       Midwest City, OK 73110
smg         Oklahoma Employment Security Commission       PO Box 53039       Oklahoma City, OK 73152–3039
ust         United States Trustee       United States Trustee       215 Dean A. McGee Ave., 4th Floor       Oklahoma City, OK 73102
ust         Charles Glidewell       United States Trustee       215 Dean A. McGee Ave. 4th Fl.       Oklahoma City, OK 73102
ust         Felicia S Turner       215 Dean A. McGee Avenue       Oklahoma City, OK 73102
ust         Test UST        , OK
ust         John McClernon        , OK
ust         James C Harmon       DOJ–Ust       224 S. Boulder, Ste. 225       Tulsa, OK 74103
ust         Tamara D Pardo       DOJ–Ust       P.O. Box 608       Albuquerque, NM 87103
ust         Shannon Dyer–Vencill       U.S.       215 Dean A. McGee Ave.       Ste 408       Oklahoma City, OK 73102
                                                                                    TOTAL: 12