United States Bankruptcy Court
Western District of Oklahoma

Ian's Enterprise, LLC,
    Plaintiff

Adv. Proc. No. 26-01003-SAH

Ruzycki,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1087-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 26, 2026 | Form ID: pdf006 | Total Noticed: 10 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Emily R Ruzycki, 219 Boston Street, Jones, OK 73049-7738 |
| pla | + | Ian's Enterprise, LLC, c/o Blackwood Law Firm, 512 NW 12th Street, Oklahoma City, OK 73103-2407 |
| op | + | Jack Beall, 3504 Mockingbird Lane, Midwest City, OK 73110-3818 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Feb 26 2026 21:16:00 | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Feb 26 2026 21:16:00 | Charles Glidewell, United States Trustee, 215 Dean A. McGee Ave. 4th Fl., Oklahoma City, OK 73102-3479 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Feb 26 2026 21:16:00 | Felicia S Turner, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102-3440 |
| ust | ^ | MEBN | Feb 26 2026 21:14:27 | James C Harmon, DOJ-Ust, 224 S. Boulder, Ste. 225, Tulsa, OK 74103-3026 |
| ust | + | Email/Text: Shannon.Dyer-Vencill2@usdoj.gov | Feb 26 2026 21:16:00 | Shannon Dyer-Vencill, U.S., 215 Dean A. McGee Ave., Ste 408, Oklahoma City, OK 73102-3423 |
| ust | + | Email/Text: USTPREGION20.OC.ECF@USDOJ.GOV | Feb 26 2026 21:16:00 | Tamara D Pardo, DOJ-Ust, P.O. Box 608, Albuquerque, NM 87103-0608 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Feb 26 2026 21:16:00 | United States Trustee, United States Trustee, 215 Dean A. McGee Ave., 4th Floor, Oklahoma City, OK 73102-3479 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | John McClernon |
| ust | | Katherine Wieland |
| ust | | Lendy Heilaman |
| ust | | Michele Adams |
| ust | | Test UST |
| ust | | trustee11 |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 1087-5 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 26, 2026 | Form ID: pdf006 | Total Noticed: 10 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2026       Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda R Blackwood | on behalf of Plaintiff Ian's Enterprise LLC amanda@blackwoodlawfirm.com, BlackwoodLawFirmPLLC@jubileebk.net |

TOTAL: 1

**Dated: February 26, 2026**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EMILY R. RUZYCKI, | ) | Case No. 25-13369-SAH |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| IAN'S ENTERPRISE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. 26-01003-SAH |
| | ) | |
| EMILY R. RUZYCKI, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DIRECTING ANSWER TO BE AMENDED TO COMPLY
WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7012**

Effective December 1, 2016, Federal Rule of Bankruptcy Procedure 7012 requires that a responsive pleading filed in an adversary proceeding include a statement that the party does or does not consent to entry of final orders or judgment by the bankruptcy court. The answer filed by defendant on February 25, 2026 [Doc. 4] does not meet this requirement. Defendant has

ten (10) business days from the date this order is entered to file an amended answer that states Defendant either does or does not consent to entry of final orders or judgment by the bankruptcy court in compliance with Rule 7012, or the answer will be stricken.

    IT IS SO ORDERED.

# # #