Official Form 416D (12/15)

FILED BANKRUPTCY OK WD
MAR 11 2026 PM 2:42
KAW

# Form 416D  Caption for Use in Adversary Proceeding

## United States Bankruptcy Court

Western District Of Oklahoma

In re  Emily R. Rizacki,
Debtor  Ians Enterprise,
Plaintiff
Emily R. Rizacki,
Defendant

Case No. 25-13369-SAH

Chapter 7

Adv. Proc. No. 26-01003-SAH

[If in a Notice of Appeal and Statement of Election (see Form 417A) or other notice filed and served by the debtor, the caption must be altered to include the debtor's address and Employer's Tax Identification Numbers(s) or last four digits of Social Security Number(s) as in Form 416A]

Defendants amended answer to complaint to determine Dischargeability of debt

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:
EMILY R. RUZYCKI,
Debtor.

Case No. 25-13369-SAH
Chapter 7

IAN'S ENTERPRISE, LLC,
Plaintiff,

v.

EMILY R. RUZYCKI,
Defendant.

Adv. Proc. No. 26-01003-SAH

## DEFENDANT'S AMENDED ANSWER TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

COMES NOW the Defendant, **Emily R. Ruzycki**, and hereby files this **Amended Answer** to comply with the Court's Order directing amendment pursuant to **Federal Rule of Bankruptcy Procedure 7012**, and states as follows:

Defendant incorporates by reference all responses, defenses, and statements contained in the **Defendant's Answer to Complaint to Determine Dischargeability of Debt filed on February 25, 2026**, as though fully set forth herein.

## CONSENT TO ENTRY OF FINAL ORDERS

Pursuant to **Federal Rule of Bankruptcy Procedure 7012**, Defendant **consents to the entry of final orders or judgment by the United States Bankruptcy Court for the Western District of Oklahoma** in this adversary proceeding.

Respectfully submitted,

/s/ Emily R. Ruzycki
Emily R. Ruzycki

10200 N. Choctaw Rd.
Jones, OK 73049
405-861-3533
E.Ruzycki@yahoo.com
Defendant

Dated: March 11th, 2026

---

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2026, a true and correct copy of the foregoing **Defendant's Amended Answer to Complaint to Determine Dischargeability of Debt** was filed with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma and served by United States Mail, postage prepaid, upon the following:

Amanda R. Blackwood
Blackwood Law Firm, PLLC
512 NW 12th Street
Oklahoma City, OK 73103

Doug M. Gierhart, PLLC
Gierhart Legal Services
15803 NE 23rd St., Ste. D
Choctaw, OK 73020

/s/ Emily R. Ruzycki
Emily R. Ruzycki

*Emily R. Ruzycki*
*405-861-3533*
*E.Ruzycki@yahoo.com*