**UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**
**United States Courthouse**
**Oklahoma City, Oklahoma**

**TELEPHONIC SCHEDULING CONFERENCE**
**BEFORE JUDGE SARAH A. HALL**

**MONDAY, APRIL 20, 2026**

========================================================================
**NOTE:** Attorneys of record and any parties appearing pro se are notified that a Telephonic Scheduling Conference concerning the below referenced adversary proceeding will be conducted by Judge Sarah A. Hall, United States Bankruptcy Judge, on **Monday, April 20, 2026.**  The call-in information is as follows:

**Phone Number:** 1-405-309-3366
**Conference ID:**   504 629 997#

   Parties are further advised that the trial date and/or dispositive motion deadlines will be established at the conference.  Counsel, therefore, should have their calendars at the conference so scheduling conflicts may be avoided.
========================================================================

**10:00 A.M.**

**25-13369/Adv. 26-01003**          **Ian's Enterprise, LLC (Amanda R. Blackwood) v. Emily**
**Chp. 7**                                            **R. Ruzycki (Pro se)**
**EMILY R. RUZYCKI**

**Telephonic Scheduling Conference**

All counsel and parties are directed (1) that all participants shall mute the phone when it is not their case, (2) that no participant shall use a "speaker" function, and (3) that no participant shall place the call on hold (in order for the Court and other participants to avoid hearing hold music or other noises that detract from the proceeding and audio recording of same).