# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1087–5 | User: admin | Date Created: 3/24/2026 |
| Case: 26–01003 | Form ID: pdf007 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty          Amanda R Blackwood          amanda@blackwoodlawfirm.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft          Emily R Ruzycki          219 Boston Street          Jones, OK 73049
smg          Oklahoma Employment Security Commission          PO Box 53039          Oklahoma City, OK 73152–3039
ust          United States Trustee          United States Trustee          215 Dean A. McGee Ave., 4th Floor          Oklahoma City, OK 73102

TOTAL: 3