United States Bankruptcy Court

Western District of Oklahoma

Ian's Enterprise, LLC,

    Plaintiff

Adv. Proc. No. 26-01003-SAH

Ruzycki,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1087-5 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 24, 2026 | Form ID: pdf007 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Emily R Ruzycki, 219 Boston Street, Jones, OK 73049-7738 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Mar 24 2026 21:53:00 | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Mar 24 2026 21:53:00 | United States Trustee, United States Trustee, 215 Dean A. McGee Ave., 4th Floor, Oklahoma City, OK 73102-3479 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda R Blackwood | on behalf of Plaintiff Ian's Enterprise LLC amanda@blackwoodlawfirm.com, BlackwoodLawFirmPLLC@jubileebk.net |

TOTAL: 1

**UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**
**United States Courthouse**
**Oklahoma City, Oklahoma**

**TELEPHONIC SCHEDULING CONFERENCE**
**BEFORE JUDGE SARAH A. HALL**

**MONDAY, APRIL 20, 2026**

====================================================================================
**NOTE:** Attorneys of record and any parties appearing pro se are notified that a Telephonic Scheduling Conference concerning the below referenced adversary proceeding will be conducted by Judge Sarah A. Hall, United States Bankruptcy Judge, on **Monday, April 20, 2026.**  The call-in information is as follows:

**Phone Number: 1-405-309-3366**
**Conference ID:   504 629 997#**

     Parties are further advised that the trial date and/or dispositive motion deadlines will be established at the conference.  Counsel, therefore, should have their calendars at the conference so scheduling conflicts may be avoided.
====================================================================================

**10:00 A.M.**

**25-13369/Adv. 26-01003**          **Ian's Enterprise, LLC (Amanda R. Blackwood) v. Emily**
**Chp. 7**                                      **R. Ruzycki (Pro se)**
**EMILY R. RUZYCKI**

**Telephonic Scheduling Conference**

All counsel and parties are directed (1) that all participants shall mute the phone when it is not their case, (2) that no participant shall use a "speaker" function, and (3) that no participant shall place the call on hold (in order for the Court and other participants to avoid hearing hold music or other noises that detract from the proceeding and audio recording of same).