# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1087–5 | User: admin | Date Created: 4/20/2026 |
| Case: 26–01003 | Form ID: pdf006 | Total: 17 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ust          Lendy Heilaman
ust          Katherine Wieland
ust          trustee11
ust          Michele Adams

TOTAL: 4

**Recipients of Notice of Electronic Filing:**
aty          Amanda R Blackwood          amanda@blackwoodlawfirm.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla          Ian's Enterprise, LLC          c/o Blackwood Law Firm          512 NW 12th Street          Oklahoma City, OK 73103
dft          Emily R Ruzycki          219 Boston Street          Jones, OK 73049
op           Jack Beall          3504 Mockingbird Lane          Midwest City, OK 73110
smg          Oklahoma Employment Security Commission          PO Box 53039          Oklahoma City, OK 73152–3039
ust          United States Trustee          United States Trustee          215 Dean A. McGee Ave., 4th Floor          Oklahoma City, OK 73102
ust          Charles Glidewell          United States Trustee          215 Dean A. McGee Ave. 4th Fl.          Oklahoma City, OK 73102
ust          Felicia S Turner          215 Dean A. McGee Avenue          Oklahoma City, OK 73102
ust          Test UST          , OK
ust          John McClernon          , OK
ust          James C Harmon          DOJ–Ust          224 S. Boulder, Ste. 225          Tulsa, OK 74103
ust          Tamara D Pardo          DOJ–Ust          P.O. Box 608          Albuquerque, NM 87103
ust          Shannon Dyer–Vencill          U.S.          215 Dean A. McGee Ave.          Ste 408          Oklahoma City, OK 73102

TOTAL: 12